# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Unisys Corporation | ) ASBCA No. 61478 |
| | ) |
| Under Contract No. GS-09F-0038Z | ) |
| T.O. NNL06AA74T | ) |

APPEARANCE FOR THE APPELLANT:     Catherine P. Palazzolo, Esq.
                                  Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:   Scott W. Barber, Esq.
                                  NASA Chief Trial Attorney
                                  Dacia K. Bruns, Esq.
                                  Trial Attorney
                                  Hampton, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61478, Appeal of Unisys Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals